Rob Bonta
Attorney General of California
Jennifer G. Perkell
Supervising Deputy Attorney General
Joshua N. Sondheimer
Deputy Attorney General
State Bar No. 152000
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-4420
  Fax:  (415) 703-5480
  E-mail:  Joshua.Sondheimer@doj.ca.gov
*Attorneys for Defendants California Department of Social Services and Kim Johnson, CDSS Director*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **BEAR RIVER BAND OF ROHNERVILLE RANCHERIA TRIBE, a federally recognized Indian Tribe, and MADISON FISHER, an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF SOCIAL SERVICES; HUMBOLDT COUNTY; HUMBOLDT COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES; KIM JOHNSON (individually and in her official capacity as Director of the California Department of Social Services); CONNIE BECK (individually and in her official capacity as Director of Humboldt County's Department of Health and Human Services); and DOES 1 through 25, inclusive,,**<br><br>Defendants. | Case No. 4:23-cv-01809-HSG<br><br>**ORDER EXTENDING DEADLINES FOR DEFENDANTS' RESPONSES TO FIRST AMENDED COMPLAINT AND SETTING SCHEDULE ON MOTIONS TO DISMISS** |

1

ORDER EXTENDING DEADLINES FOR DEFENDANTS' RESPONSES TO FIRST AMENDED COMPLAINT
AND SETTING SCHEDULE ON MOTIONS TO DISMISS  (4:23-cv-01809-HSG)

Pursuant to the stipulation of the parties, and good cause appearing:

1. The time for Defendants file their respective answers, Federal Rules of Civil Procedure Rule 12 motions, or other responses to the First Amended Complaint is extended to August 29, 2023;

2. The remaining briefing and hearing schedule on Defendants' anticipated motions to dismiss shall be as follows:

    October 5, 2023: Plaintiff's oppositions due

    October 19, 2023: Defendants' replies due

    November 2, 2023, at 2:00 p.m.: Hearing

IT IS SO ORDERED.

Dated: 8/7/2023

THE HON. HAYWOOD S. GILLIAM, JR.