UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAR RIVER BAND OF ROHNERVILLE RANCHERIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, et al.,<br><br>Defendants. | Case No. 23-cv-01809-HSG<br><br>**ORDER RE: RESCHEDULING ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS**<br><br>Re: Dkt. No. 46 |

Before the Court is Plaintiffs' administrative motion to reschedule oral argument on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint. Dkt. No. 46. The Court vacated the initial hearing, which was set for November 2, 2023, and took the matter under submission. Dkt. No. 45. Having considered Plaintiffs' motion, the Court will grant the motion to reschedule oral argument, but only if all parties are available for in person argument on Friday, December 1, 2023 at 10:00 AM in Oakland, Courtroom 2, 4th Floor. If all parties are not available for argument on that day and time, the Court regretfully must submit the matter notwithstanding the plan to have newer lawyers argue. The parties are DIRECTED to file by November 21, 2023, a joint status report of no more than one page notifying the Court whether all parties are available on the designated date and time.

This order terminates Dkt. No. 46.

**IT IS SO ORDERED.**

Dated: 11/15/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge