# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAR RIVER BAND OF ROHNERVILLE RANCHERIA TRIBE, a federally recognized Indian Tribe, and MADISON FISHER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF SOCIAL SERVICES; HUMBOLDT COUNTY; HUMBOLDT COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES; KIM JOHNSON (individually and in her official capacity as Director of the California Department of Social Services); CONNIE BECK (individually and in her official capacity as Director of Humboldt County's Department of Health and Human Services); and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 4:23-cv-01809-HSG_<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO FILE SECOND AMENDED COMPLAINT**<br><br>Judge:    The Honorable Haywood Gilliam, Jr.<br>Trial Date:    None Set<br>Action Filed:    March 14, 2023 |

Before the Court is Plaintiffs and Defendants' joint stipulation to extend the deadline for Plaintiffs to file their Second Amended Complaint from April 1, 2024, to April 15, 2024.

The joint stipulation is GRANTED, and Plaintiffs' deadline to file their Second Amended Complaint is continued to April 15, 2024.

IT IS SO ORDERED.

Dated: 4/1/2024

_____
The Honorable Haywood Gilliam, Jr.
United States District Judge