UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAR RIVER BAND OF ROHNERVILLE RANCHERIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, et al., <br><br> Defendants. | Case No. 23-cv-01809-HSG <br><br> **SCHEDULING ORDER** |

A case management conference was held on April 30, 2024. Having considered the parties' proposals, *see* Dkt. No. 58, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | February 3, 2025 |
| Exchange of Opening Expert Reports | February 20, 2025 |
| Exchange of Rebuttal Expert Reports | March 21, 2025 |
| Close of Expert Discovery | April 18, 2025 |
| Dispositive Motion Hearing Deadline | July 17, 2025, at 2:00 p.m. |
| Pretrial Conference | October 14, 2025, at 3:00 p.m. |
| Jury Trial (10 days) | November 3, 2025, at 8:30 a.m. |

//
//
//
//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: May 14, 2024

HAYWOOD S. GILLIAM, JR.
United States District Judge