1
2
3
4
5
6
7
8
9
10
11
12    IN THE UNITED STATES DISTRICT COURT
13    FOR THE NORTHERN DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| BEAR RIVER BAND OF ROHNERVILLE RANCHERIA TRIBE, a federally recognized Indian Tribe, and MADISON FISHER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF SOCIAL SERVICES; HUMBOLDT COUNTY; HUMBOLDT COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES; KIM JOHNSON (individually and in her official capacity as Director of the California Department of Social Services); CONNIE BECK (individually and in her official capacity as Director of Humboldt County's Department of Health and Human Services); and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 4:23-cv-01809-HSG_<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE FOR HOLDING MEDIATION SESSION**<br><br>Judge:         The Honorable Haywood S. Gilliam, Jr.<br>Trial Date:    None Set<br>Action Filed: March 14, 2023 |

1
ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE FOR HOLDING MEDIATION SESSION

1  Before the Court is Plaintiffs and Defendants' joint stipulation to extend the deadline for
2  holding a mediation session from October 11, 2024, to January 10, 2025.
3  The joint stipulation is GRANTED, and the mediation deadline is continued to January 10, 2025.

5  IT IS SO ORDERED.

7  Dated: _____7/18/2024_____

*The Honorable Haywood S. Gilliam, Jr.*
United States District Judge