1   **JENNER & BLOCK LLP**
    Todd C. Toral (SBN CA 197706)
2   TToral@jenner.com
    Kate Spelman (SBN CA 269109)
3   KSpelman@jenner.com
    515 South Flower Street, Suite 3300
4   Los Angeles, CA 90071-2246
    Telephone:    +1 213 239 5100
5   Facsimile:    +1 213 239 5199

6   **CALIFORNIA TRIBAL FAMILIES COALITION**
    Kimberly Cluff (SBN CA 196139)
7   Kimberly.cluff@caltribalfamilies.org
    3053 Freeport Boulevard, Suite 154
8   Sacramento, CA 95818-4346
    Telephone:    +1 916 583 8289
9
    *Attorneys for Plaintiffs*
10  *Bear River Band of Rohnerville Rancheria Tribe and*
    *Madison Fisher*
11
    (additional counsel on signature page)
12

13                     IN THE UNITED STATES DISTRICT COURT

14                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  BEAR RIVER BAND OF ROHNERVILLE RANCHERIA TRIBE, a federally recognized Indian Tribe, and MADISON FISHER, an individual, | Case No. 4:23-cv-01809-HSG |
| 17 | **STIPULATED REQUEST TO EXTEND DEADLINES AND CONTINUE TRIAL DATE; ORDER** |
| 18 | |
| 19                        Plaintiffs, | |
| 20           v. | Judge:        The Honorable Haywood S, Gilliam, Jr. |
| 21  CALIFORNIA DEPARTMENT OF SOCIAL SERVICES; HUMBOLDT COUNTY; HUMBOLDT COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES; KIM JOHNSON (individually and in her official capacity as Director of the California Department of Social Services); CONNIE BECK (individually and in her official capacity as Director of Humboldt County's Department of Health and Human Services); and DOES 1 through 25, inclusive, | Trial Date:   February 2, 2026
Action Filed: March 14, 2023 |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28                        Defendants. | |

Plaintiffs Bear River Band of Rohnerville Rancheria Tribe and Madison Fisher ("Plaintiffs") and Defendants California Department of Social Services, Humboldt County, Humboldt County Department of Health and Human Services, Kim Johnson, and Connie Beck (collectively "Defendants"), by and through their respective counsel, submit the following stipulated request to extend the case deadlines and continue the trial date:

WHEREAS, Defendants removed this case to this Court on April 13, 2023.

WHEREAS, on July 14, 2023, Plaintiffs filed a First Amended Complaint. ECF No. 23.

WHEREAS, on March 11, 2024, the Court granted in part and denied in part Defendants' motions to dismiss Plaintiffs' First Amended Complaint. ECF No. 52.

WHEREAS, on May 7, 2024, the Court ordered the parties to hold a mediation session by October 11, 2024. ECF No. 61.

WHEREAS, on July 18, 2024, the Court granted the parties' joint stipulation to extend the mediation deadline from October 11, 2024, to January 10, 2025. ECF No. 75.

WHEREAS, on November 15, 2024, the Court granted the parties' joint stipulation to extend deadlines and continue trial date and order (EFC No. 82), setting the following deadlines:

| Event | Deadline |
| --- | --- |
| Mediation Deadline | April 30, 2025 |
| Close of Fact Discovery | May 5, 2025 |
| Exchange of Opening Expert Reports | May 20, 2025 |
| Exchange of Rebuttal Expert Reports | June 23, 2025 |
| Close of Expert Discovery | July 18, 2025 |
| Dispositive Motion Hearing Deadline | October 9, 2025, at 2:00 p.m. |
| Pretrial Conference | January 13, 2026, at 3:00 p.m. |
| Jury Trial (10 days) | February 2, 2026, at 8:30 a.m. |

WHEREAS, since that time, the parties have engaged in further discovery and several meet and confers regarding document production. Importantly, the parties also filed a further request for Plaintiff Madison Fisher's unredacted juvenile case file with the Humboldt County Superior Court on February 4, 2025, which remains pending.

1  WHEREAS, on March 17, 2025, the parties participated in a phone conference. During that call, the parties jointly agreed that, because additional time is needed for the parties to produce and review the documents necessary to engage in effective mediation, and for the Humboldt County Superior Court to produce Plaintiff Fisher's complete juvenile case file, which is integral to the claims in this case, it is in the parties' best interest to postpone mediation, extend deadlines, and continue the trial date.

WHEREAS, for the sake of efficiency and to promote the potential for early resolution, counsel for the parties agree that a six-month extension of the case deadlines is warranted to allow the parties to focus their efforts on exploring a mediated resolution of this matter before expending additional time and resources on dispositive motion practice and trial. The parties seek this six-month extension with the goal of avoiding further requests to extend the case deadlines.

NOW, THEREFORE, IT IS HEREBY REQUESTED that the Court continue all current deadlines by six (6) months as follows:

| Event | Proposed Deadline |
|---|---|
| Mediation Deadline | October 30, 2025 |
| Close of Fact Discovery | November 5, 2025 |
| Exchange of Opening Expert Reports | November 20, 2025 |
| Exchange of Rebuttal Expert Reports | December 23, 2025 |
| Close of Expert Discovery | January 19, 2026 |
| Dispositive Motion Hearing Deadline | April 9, 2026, at 2:00 p.m. |
| Pretrial Conference | July 14, 2026, at 3:00 p.m. |
| Jury Trial (10 days) | August 3, 2026, at 8:30 a.m. |

Dated: March 21, 2025

By: /s/ *Kate T. Spelman*
Kate T. Spelman
Todd C. Toral
JENNER & BLOCK LLP
515 Flower St., Suite 3300
Los Angeles, CA 90071

*Attorney for Plaintiffs Bear River Band of Rohnerville Rancheria Tribe and Madison Fisher*

Dated: March 21, 2025　　　　　　By: /s/ *Joshua Sondheimer*
　　　　　　　　　　　　　　　　　　Joshua N. Sondheimer
　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　Jennifer G. Perkell
　　　　　　　　　　　　　　　　　　Supervising Deputy Attorney General
　　　　　　　　　　　　　　　　　　Rob Bonta
　　　　　　　　　　　　　　　　　　Attorney General of California

　　　　　　　　　　　　　　　　　　*Attorneys for Defendants California Department of Social Services and Kim Johnson, CDSS Director*

Dated: March 21, 2025　　　　　　By: /s/ *Jeremy Sugerman*
　　　　　　　　　　　　　　　　　　Jeremy Sugerman
　　　　　　　　　　　　　　　　　　GORDON-CREED, KELLEY, HOLL, & SUGERMAN, LLP
　　　　　　　　　　　　　　　　　　50 California Street, 24th Fl.
　　　　　　　　　　　　　　　　　　San Francisco, CA 94111

　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Humboldt County; Humboldt County Department of Health and Human Services; and Connie Beck, in her official capacity as Director of Humboldt County's Department of Health and Human Services*

PURSUANT TO THIS STIPULATED REQUEST, IT IS SO ORDERED.

DATED: 3/25/2025

　　　　　　　　　　　　　　　　　　Hon. Haywood S. Gilliam, Jr.